U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 24 2015

TONY R. MOORE, CLERK
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ARNOLD | CIVIL ACTION NO. 15-1727 (lead case) |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| DODGE, et al | MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this case is DISMISSED with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 24 day of November, 2015.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**